UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DALE JOHNSON, *pro se*, | Case No. 02-70077 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW |
| | SENIOR UNITED STATES DISTRICT |
| v | JUDGE |
| WALT DISNEY PARKS & RESORTS, LLC., | |
| Defendant. | |
| _____/ | |

## ORDER DENYING PLAINTIFF'S MOTION TO SHOW CAUSE [29]

On April 5, 2002, the Court issued an Order [6] dismissing Plaintiff's case for lack of federal jurisdiction.  The Court has subsequently denied several motions by Plaintiff filed in this case, because this case is closed and the Court lacks jurisdiction over the matter.

On February 16, 2011, Plaintiff filed a Motion to Show Cause [29].  There is no basis for the Court to consider the motion.

Therefore, being fully advised of the premises, the Court **DENIES** Plaintiff's Motion to Show Cause [29].  Because this case is **CLOSED**, the Judge cannot accept any further filings, faxes, or deliveries.  Any future motions or communications must be directed to the Clerk's Office.

**IT IS SO ORDERED.**

Dated: April 22, 2011         s/Arthur J. Tarnow
                              ARTHUR J. TARNOW
                              SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon

Mr. Dale Johnson
108 Arlene Ct.
White Lake, MI 48386

and counsel of record on April 22, 2011, by electronic and/or ordinary mail.

                s/Michael L. Williams
                Relief Case Manager